**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00645-CV

---

### IN RE ROVER PIPELINE, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-39893**

---

## MEMORANDUM OPINION

On July 31, 2018, relator Rover Pipeline, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael Gomez, presiding judge of the 129th District Court of Harris County, to vacate his July 12, 2018 order granting a plea in abatement.

With certain exceptions, to obtain mandamus relief, a relator must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Relator has not shown that the trial court clearly abused its discretion. We therefore deny relator's petition for writ of mandamus

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.